```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION



VICTOR LAMONT HARRIS,        )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:04cv485-MHT
                             )
JOSEPH WHITEHEAD, etc.,      )
et al.,                      )
                             )
     Defendants.             )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendants' objections (Doc. No. 30), are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 29) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 28) is granted as to plaintiff's false-disciplinary-charge claim and summary judgment

   is entered of favor of defendants and against
   plaintiff on said claim.

(4) Defendants' motion for summary judgment (doc. no.
   28) is denied as to plaintiff's excessive-force
   claim.

(5) Plaintiff's excessive-force claim is referred
   back to the United States Magistrate Judge for
   an evidentiary hearing.

DONE, this the 1st day of August, 2006.


                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE