IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VICTOR LAMONT HARRIS,      )
                           )
     Plaintiff,            )
                           )       CIVIL ACTION NO.
     v.                    )        2:04cv485-MHT
                           )           (WO)
JOSEPH WHITEHEAD, etc.,    )
et al.,                    )
                           )
     Defendants.           )
```

OPINION

Plaintiff Victor Lamont Harris, an Alabama prisoner, brings this lawsuit pro se against three correctional officers in their individual capacities, defendants Joseph Whitehead, Shannon Spann, and Jason Baxley, claiming they used excessive force against him in violation of the Fourth Amendment (as enforced through 42 U.S.C. § 1983). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that judgment be entered in favor of Harris on his claims against Whitehead and Spann, that judgment be entered against Harris on his

claim against Baxley, that Harris be awarded $ 1 in nominal damages from Whitehead and Spann, that Harris be awarded $ 100 in punitive damages from Whitehead, and that Harris be awarded $ 100 in punitive damages from Spann. Also before the court are Harris's objections to the recommendation. After an independent and de novo review of the entire record, including the transcripts fo the testimony, the court concludes that Harris's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of August, 2007.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE