IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VICTOR LAMONT HARRIS,        )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:04cv485-MHT
                             )           (WO)
JOSEPH WHITEHEAD, etc.,      )
et al.,                      )
                             )
    Defendants.              )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Victor Lamont Harris's objections (doc. no. 84) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 83) is adopted.

(3) It is DECLARED that defendants Joseph Whitehead and Shannon Spann engaged in excessive force against plaintiff Harris, in violation of the Fourth Amendment to the United States

> Constitution, as enforced through 42 U.S.C. § 1983.

(4) Judgment is entered in favor of plaintiff Harris on his claims against defendants Whitehead and Spann.

(5) Plaintiff Harris shall have and recover:

> (a) the sum of $ 1 in nominal damages from defendants Whitehead and Spann, which may be recovered jointly and severally;
>
> (b) the sum of $ 100 in punitive damages from defendant Whitehead; and
>
> (c) the sum of $ 100 in punitive damages from defendant Spann.

(6) Judgment is entered against plaintiff Harris on his claims against defendant Jason Baxley, with plaintiff Harris taking nothing from defendant Baxley by his complaint.

It is further ORDERED that costs are taxed against defendants Whitehead and Spann, for which execution may issue.

The clerk of the court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE,** this the 8th day of August, 2007.

                                     /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**